**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6502**

---

PHILIP CORSO; ROBERT J. ROMITO; GEORGE H.
VAN WAGNER, III,

Plaintiffs - Appellants,

versus

DENNIS R. BIDWELL, Warden; MARIE GRAHAM,
Director of Health Services; SANDRA HOWARD,
M.D.; A. VICTORIA; M. RONGO, All in their
individual and official capacities,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
96-4070-PJM)

---

Submitted: August 14, 1997          Decided: August 21, 1997

---

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Philip Corso, Robert J. Romito, George H. Van Wagner, III, Appel-
lants Pro Se. Earle Bronson Wilson, OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motion for United States Marshals to personally serve the Defendants and directing the Marshals to serve the Defendants by certified mail return receipt requested. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2